Argued and submitted January 8, reversed and remanded April 1, 2009

In the Matter of E. A.,
a Minor Child.

STATE ex rel DEPARTMENT OF HUMAN SERVICES,
*Respondent,*

*v.*

M. A.,
*Appellant.*

Lane County Circuit Court
00657J; Petition Number 00657J03; A139695

205 P3d 889

Megan L. Jacquot argued the cause and filed the brief for appellant.

Laura S. Anderson, Senior Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

Reversed and remanded. *State ex rel DHS v. M. A. (A139693)*, 227 Or App 172, 205 P3d 36 (2009).